UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA CHRISTIAN,

                              Plaintiffs,

        - against -

MICHELLE KARS and JOHN KARS.,

                             Defendants.

Docket No.: 20-CV-10362

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Eliseo Cabrera, of TakeRoot Justice, who is admitted or otherwise authorized to practice in this Court, hereby enters his appearance in this action on behalf of the Plaintiffs.

Dated:  New York, New York
          December 14, 2020

                                                     Respectfully submitted,

                                                     TAKEROOT JUSTICE

                                                   By: */s/ Eliseo Cabrera*
                                                   Eliseo Cabrera
                                                 123 William Street, 16th Floor
                                                 New York, New York 10038
                                                 Phone: (646) 459-3020
                                                 Fax: (212) 619-0653
                                                 ecabrera@takerootjustice.org