

■ **Main Office**
445 Hamilton Avenue
White Plains, NY 10601
Phone 914.946.4777
Fax 914.946.6868

■ **Mid-Hudson Office**
200 Westage Business Center
Fishkill, NY 12524
Phone 845.896.0120

■ **New York City Office**
505 Park Avenue
New York, NY 10022
Phone 646.794.5747

May 10, 2021

**JACLYN G. GOLDBERG**
Member
jgoldberg@kblaw.com
Also Admitted in CT, NJ

VIA ECF

Honorable Vernon S. Broderick, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Christian v. Kars, at al.*
      Index No. 20-cv-10362

Dear Judge Broderick:

Keane & Beane, P.C. represents Defendants Michelle Kars and Jon Kars (collectively "Defendants") in the above referenced action.

We are writing to inform the Court that the parties have reached a tentative settlement and are now in the process of drafting the formal Settlement Agreement. For this reason, we respectfully request the Court suspend Defendants' further obligations, including, but not limited to, filing an Answer, to enable the parties to complete the resolution of this matter and finalize the Settlement Agreement.

Additionally, we respectfully request that Your Honor sign an agreement of the parties to assign the case to Magistrate Jude Cave for all matters.

Thank you for your consideration.

Respectfully submitted,

*Jaclyn G. Goldberg*

Jaclyn G. Goldberg

JGG/
cc:   Margaret McIntyre, Esq. (Via ECF)
      Eliseo Cabrera, Esq. (Via ECF)