# TAKEROOT JUSTICE

## RETAINER AGREEMENT

This agreement between the TakeRoot Justice ("TAKEROOT"), Margaret McIntyre, Esq. ("Firm"), and Angela Christian ("the Client"), explains the work that TAKEROOT and Firm expects to perform on behalf of the Clients. TAKEROOT is the successor entity for the Community Development Project at the Urban Justice Center.

1. **Scope of the Representation.** TAKEROOT and Firm (together, "the Attorneys") will jointly provide legal representation to the Client in the following matter: take legal action against MICHELLE KARS and JOHN KARS for violations of federal and state wage and hour laws. The Attorneys are only agreeing to represent the Client in the matter described above. The Attorneys have not agreed to represent the Client in any other work related to this matter, such as an appeal of the case described above, or the enforcement of any judgment. If the Attorneys agree to provide additional services to the Client in the future, such agreement must be in writing.

2. **Assistance by Students or Attorneys Pending Admission.** The Attorneys may assign a law student or attorney whose admission to the New York State bar is pending to work on your case. Any such law students or attorneys will be supervised by an attorney admitted to practice in New York.

3. **Confidential Information.** The Attorneys will not disclose confidential information provided by the Client to the Attorneys. However, the Client authorizes the Attorneys to disclose this matter to the media and to funders, including the Client's name and the subject matter of the representation.

4. **Charges for the Attorneys' Work.** The Attorneys will not charge the Client fees for work performed by attorneys or other staff. However, the Client is responsible for reimbursing the Attorneys for expenses paid by the Attorneys while working on this matter.

5. **Recovery of Fees and Costs from Opposing Party.** This case will be brought pursuant to a law that may require the opposing parties to pay the Attorneys fees and costs if the Client wins their case. The Client agrees to cooperate with the Attorneys, during settlement negotiations or if there is Court judgment, in requesting that the opposing parties pay Attorneys the attorneys' fees and costs incurred in this matter. The Client agrees that any fees and costs recovered from the opposing party will be paid to the Attorneys. The Client also agrees not to settle their claims without informing the Attorneys in writing in advance thereof, and not to waive the right to recover attorneys' fees and costs without written approval from the Attorneys. TAKEROOT uses the attorneys' fees and costs to provide free legal services to future clients.

a. **Class Settlement or Court Judgment:** If there is a class settlement or a Court judgment, the Client agrees to cooperate with the Attorneys in requesting that the opposing party pay the Attorneys their respective fees and costs incurred in this matter. The Client agrees that any fees and costs recovered from the opposing party will be paid to the Attorneys.

b. **Settlement between Client and Opposing Party:** If there is a settlement between the opposing party and the Client only (i.e., not a class settlement), the Client agrees to pay the Attorneys' expenses out of any recovery, and to set aside an amount of equal to 1/3 of the entire remaining monetary recovery, which will be used to compensate the Attorneys. TAKEROOT and Firm will determine what pro rata share is due to each of them, based on the amount of work each has done on this matter and pursuant to the co-counseling agreement the terms of which Client has been made aware of and consents to. The Client will be obligated to pay the pro rata share that is determined to be owed to Firm. The Client may choose to retain as part of their own monetary recovery the pro rata share that is determined to be owed to the TAKEROOT; or they may choose to pay that share to the TAKEROOT. The TAKEROOT uses any attorneys' fees and costs collected to provide free legal services to future clients.

6. **Attorneys' Responsibilities.** The Attorneys will provide the Client with diligent and competent representation. The Attorneys will keep the Client informed about developments in this matter, and will attempt to promptly respond to the Clients' inquiries.

7. **Clients' Responsibilities.** The Client agrees to cooperate with the Attorneys, to provide truthful information necessary for the representation, to promptly return phone calls from the Attorneys, and to attend scheduled meetings and court events. The Client also agrees to keep the Attorneys informed of any development related to the case. Because it is important that the Attorneys be able to contact the Client quickly, the Client also agrees to notify the Attorneys of any change of address or phone number, and to notify the Attorneys if the Client will be out of town for a week or longer. If the Attorneys are unable to contact the Clients, it may jeopardize the Attorneys' ability to successfully represent the Clients.

8. **Clients' Termination of the Representation.** The Client is free to terminate the representation at any time, but such termination may be subject to court approval. If the representation is terminated, the Attorneys will not be under any obligation to find the Client another attorney to represent them. The Attorneys suggest that if the Client is not satisfied with the services being provided by the Attorneys, that the Client discuss any problems with the attorneys handling the matter. If that attorney is at TAKEROOT, the Client can also request to speak with the attorney's supervisor.

9. **The Attorneys Do Not Guarantee an Outcome.** The Attorneys do not make any promises or guarantees to the Client about the outcome of this matter. The Attorneys' comments about the possible outcomes are expressions of opinions only.

10. **The Attorneys' Use of Outside Attorneys and Experts.** The Attorneys may discuss the Client's legal matter with attorneys and others in an effort to provide the Client with the best representation. To this end, the Client authorizes the Attorneys to reveal confidential information, provided that those the persons consulted agree to maintain the confidentiality of all such information.

11. **Communication with Organizers.** The Client gives the Attorneys permission to communicate with agents of National Domestic Worker Alliance ("NDWA") concerning this case.

12. **Clients' Review of this Agreement.** The Client has read this agreement and had an opportunity to ask the Attorneys questions about the meaning of this agreement.

**Client Signatures**

Signature: *Angela Christian*
Print Name: ANGELA CHRISTIAN
Address: 164 East 98th St
Brooklyn NY 11236
Phone: 347 228 4247
Email: angelachristian1962@gmail.com
Date: 11-13-2020

**TAKEROOT Representative Signature**

Signature: *Eliseo Cabrera*
Print Name: Eliseo Cabrera
Date: 11/02/2020

**Margaret McIntyre, Esq. Signature**

Signature: *Margaret McIntyre*
Print Name: MARGARET McINTYRE
Date: 11/2/2020

Scanned with CamScanner

Margaret McIntyre
Legal Services Performed on behalf of Angela Christian
November 25, 2020, through December 29, 2020

| Date | Activity | Time |
| --- | --- | --- |
| November 25, 2020 | Review documents from client | 1 hour |
| November 25, 2020 | Edit complaint | .3 hour |
| November 25, 2020 | Telephone call with co-counsel re complaint | .4 hour |
| December 4, 2020 | Call to client with questions re complaint | .3 hour |
| December 4, 2020 | Telephone call with co-counsel re complaint | .2 hour |
| December 4, 2020 | Revise complaint | 1 hour |
| December 7, 2020 | Telephone call with client re complaint | .4 hour |
| December 7, 2020 | Revise complaint | .8 hour |
| December 7, 2020 | Telephone call with co-counsel re complaint | .2 hour |
| December 8, 2020 | Telephone call with client re complaint | .3 hour |
| December 8, 2020 | Revise complaint | .6 hour |
| December 9, 2020 | Finalize and file complaint | 1 hour |
| December 10, 2020 | Review rules of Judges Broderick and Cave | .2 hour |
| December 10, 2020 | Prepare Request for Waiver of Service | 1 hour |
| December 14, 2020 | Call with co-counsel re upcoming call re settlement | .1 hour |
| December 14, 2020 | Call with Jaclyn Goldberg and co-counsel | .1 hour |
| December 14, 2020 | Research on fluctuating work week calculations | 3 hours |
| December 17, 2020 | Review revised damage calculations | .1 hour |
| December 17, 2020 | Telephone call with co-counsel | .1 hour |
| December 18, 2020 | Telephone call with client and co-counsel | .2 hour |
| December 18, 2020 | Telephone call with co-counsel | .2 hour |
| December 18, 2020 | Telephone call with Jaclyn Goldberg and co-counel | .3 hour |
| December 29, 2020 | Telephone call with Jaclyn Goldberg | .1 hour |
| | | 11.9 |
| | | |

Margaret McIntyre
Legal Services Performed on behalf of Angela Christian
January 29, 2021, through April 14, 2021

| Date | Activity | Time |
| --- | --- | --- |
| January 29, 2021 | Telephone call with co-counsel re settlement | .2 hour |
| January 29, 2021 | Telephone call with co and opposing counse re settlement | .2 hour |
| January 29, 2021 | Telephone call with client re settlement | .2 hour |
| January 29, 2021 | Telephone call with co-counsel re next steps | .1 hour |
| February 5, 2021 | Telephone call with co-counsel re settlement | .3 hour |
| February 5, 2021 | Telephone call with co and opposing counse re settlement | .4 hour |
| February 5, 2021 | Telephone call with co-counsel | .2 hour |
| February 8, 2021 | Telephone call with client re settlement | .1 hour |
| February 9, 2021 | Draft email with counter-demand | .7 hour |
| February 24, 2021 | Telephone call with Jaclyn Goldberg re settlement | .4 hour |
| February 26, 2021 | Research on Fluctuating Work Week method | 1.2 hours |
| March 5, 2021 | Telephone call with client re settlement discussions | .1 hour |
| March 5, 2021 | Telephone call with co-counsel re settlment | .4 hour |
| March 10, 2021 | Draft section of mediation statement on FWW | 2 hours |
| March 12, 2021 | Telephone call with mediator, counsel | .5 hour |
| March 12, 2021 | Telephone call with co-counsel | .2 hour |
| March 12, 2021 | Telephone call with client about mediation scheduling | .1 hour |
| March 25, 2021 | Revise statement regarding inapplicability of the fluctuating work week doctrine | 2.2 hours |
| March 26, 2021 | Draft mediation statement | 1 hour |
| March 26, 2021 | Telephone call with co-counsel | .3 hour |
| March 29, 2021 | Draft mediation statement | 1 hour |
| March 30, 2021 | Revise statement in call with co-counsel | .4 hour |
| March 31, 2021 | Telephone call with mediator and co-counsel | .5 hour |
| April 14, 2021 | Telephone call with mediator and co-counsel | .5 hour |
| | | 13.2 |

Margaret McIntyre
Legal Services Performed on behalf of Angela Christian
April 14, 2021, through _____

| Date | Activity | Time |
|---|---|---|
| April 14, 2021 | Telephone call with co-counsel about mediation | .2 hour |
| April 15, 2021 | Telephone call with client and co-counsel re mediation | .3 hour |
| April 26, 2021 | Telephone call with co-counsel and mediator | .5 hour |
| April 26, 2021 | Telephone call with co-counsel re mediaiton | .4 hour |
| April 26, 2021 | Telephone call with client re mediation | .2 hour |
| April 27, 2021 | Telephone call with co-counsel re mediation | .3 hour |
| April 28, 2021 | Telephone call with client re mediation | .3 hour |
| April 29, 2021 | Review cases relied upon by defendants | 1 hour |
| April 30, 2021 | Caucus session with client and mediator | 1 hour |
| April 30, 2021 | Telephone call with co-counsel and client re next steps | .3 hour |
| May 6, 2021 | Telephone call with co-counsel re offer | .2 hour |
| May 7, 2021 | Telephone call with co-counsel and client | .2 hour |
| May 8, 2021 | Telephone call with co-counsel and client | .2 hour |
| May 10, 2021 | Telephone call with co-counsel and client | .2 hour |
| May 11, 2021 | Draft settlement agreement | 2 hours |
| | | 7.3 |
| | | 32.4 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Date of Service | Activity Code | Time Spent | Case/Matter(s) |
|---|---|---|---|
| 05/09/2021 | Review Document(s) (Legal Rep) | 0.2 | Reviewed Margaret's proposal email to send to the mediator about our counter proposal. |
| 05/08/2021 | Conferenced case (Legal Rep) | 0.7 | Spoke with Angela about the other side's latest counter offer |
| 05/07/2021 | Conferenced case (Legal Rep) | 0.4 | Spoke to Margaret about the OC new counter offer |
| 05/06/2021 | Conferenced case (Legal Rep) | 0.5 | Spoke in more detail about their counteroffer with Co-counsel |
| 05/05/2021 | Conferenced case (Legal Rep) | 0.2 | Spoke to Margaret about the OC new counter offer |
| 04/30/2021 | Conferenced case (Legal Rep) | 0.3 | Spoke with Margaret after the mediation to discuss strategy |
| 04/30/2021 | Conferenced case (Legal Rep) | 1 | Mediation with Mediator with co-counsel |
| 04/27/2021 | Conferenced case (Legal Rep) | 0.3 | Spoke with co-counsel about upcoming mediation |
| 04/26/2021 | Conferenced case (Legal Rep) | 1 | Spoke with Co-counsel Margaret and the Mediator about his discussion with the other side |
| 04/15/2021 | Phone Call Made (Client Comm) | 0.3 | Spoke with Ms. Christian about the updates on the case |
| 04/14/2021 | Conferenced case (Legal Rep) | 0.7 | Spoke with the Mediator but without the other side. Caucus. |
| 03/31/2021 | Conferenced case (Legal Rep) | 0.6 | We caucused with the Mediator, Chris D'angelo, along with co-counsel |
| 03/26/2021 | Conferenced case (Legal Rep) | 0.3 | Spoke with Margaret about her draft and next steps |
| 03/26/2021 | Review Document(s) (Legal Rep) | 0.4 | Reviewed the Margaret's draft of the argument |
| 03/12/2021 | Conferenced case (Legal Rep) | 0.7 | Spoke with Opposing Counsel and the mediator as an initial call |
| 03/08/2021 | Conferenced case (Legal Rep) | 0.1 | Spoke with co-counsel Margaret about allowing oc an extension about their answer |
| 03/05/2021 | Conferenced case (Legal Rep) | 0.4 | Talked to co-counsel about settlement discussions |
| 03/04/2021 | Drafted document for client (Legal Rep) | 1 | Worked on the interest for three different damages scenarios |
| 03/02/2021 | Conferenced case (Legal Rep) | 0.2 | Read Margaret's email about the conversation she had with OC |
| 02/09/2021 | Individual Meeting (Legal Rep) | 0.5 | Communicated with Co-Counsel, Margaret, via email thread about what to send to OC in regards to ongoing negotiations |
| 02/05/2021 | Communication with opposing counsel | 0.4 | The co-counsel, Ms. McIntyre, and I spoke with OC about negotiations |
| 02/05/2021 | Conferenced case (Legal Rep) | 0.5 | Spoke with Ms. McIntyre before and after the negotiations with Opposing counsel |
| 01/29/2021 | Phone Call Made (Client Comm) | 0.5 | Presented OC's offer of 10K to client. |
| 01/29/2021 | Communication with opposing counsel | 0.4 | Spoke with Opposing counsel about settlement |
| 12/18/2020 | Communication with opposing counsel | 0.5 | Spoke with co-counsel Margaret and OC about settlement and legal arguments |
| 12/18/2020 | Conferenced case (Legal Rep) | 0.4 | Spoke with co-counsel and client about case law and damages |
| 12/17/2020 | Conferenced case (Legal Rep) | 0.1 | Spoke with co-counsel about the methods that can be applied in calculating damages |
| 12/15/2020 | Drafted document for client (Legal Rep) | 0.5 | I re-did the damages spreadsheet |
| 12/15/2020 | Legal Research (Legal Rep) | 1.5 | Researched about FWW |
| 12/14/2020 | Conferenced case (Legal Rep) | 0.4 | Spoke with OC with co-counsel about settlement options |
| 12/14/2020 | Individual Meeting (Legal Rep) | 0.1 | Spoke with co-counsel Ms. McIntyre about strategy |
| 12/09/2020 | Court Filing (Legal Rep) | 0.5 | Filed case at SDNY on this day. I drafted and filed my notice of appearance and We officially withdrew the case from the DEPT of LABOR. |
| 12/07/2020 | Conferenced case (Legal Rep) | 0.2 | Spoke with Co-counsel Margaret about facts of the case |
| 12/04/2020 | Conferenced case (Legal Rep) | 0.2 | Talked with co-counsel about the complaint |
| 11/25/2020 | Edit/revise Legal Document (Legal Rep) | 0.4 | Edited the complaint with notes from co-counsel |
| 11/25/2020 | Conferenced case (Legal Rep) | 0.4 | Went over complaint with co-counsel Margaret McIntyre. |
| 11/16/2020 | Draft Legal Document (Legal Rep) | 1.5 | Drafted complaint for client for Federal court |
| 09/04/2020 | Non-court filing (Legal Rep) | 0.3 | Filed the case with the DOL to preserve Ms. Christian's claims from the SOL. |
| 09/03/2020 | Drafted document for client (Legal Rep) | 1.5 | Drafted DOL complaint for Ms. Christian and had her sign it. |
| 01/21/2020 | Communication with opposing counsel | 0.7 | Drafted extensive email with case law and legal arguments to OC |
| 01/16/2020 | Legal Research (Legal Rep) | 1.2 | Researched about the "explicit understanding" rule in regards to overtime |
| 12/17/2019 | Communication with opposing counsel | 0.8 | Spoke with OC. We discussed the issues at hand and our claims. |
| 12/17/2019 | Phone Call Made (Client Comm) | 0.5 | Talked with Angela about issues raised by counsel. |
| 11/14/2019 | Drafted document for client (Legal Rep) | 1.7 | Drafted and sent the demand letter to the opposing parties. |
| 11/07/2019 | Meeting (Advocacy) | 1 | Spoke with Client in depth to get all of the information need to send the demand letter |
| | Total: | 26 | |